**Order entered April 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00269-CV

**SAM W. PETTIGREW, JR., Appellant**

**V.**

**CEDAR SPRINGS ALEXANDRE'S BAR, L.P., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02340-A**

## ORDER

We **GRANT** court reporter Cathye Moreno's April 6, 2016 request for extension of time

and **ORDER** the record be filed no later than May 9, 2016.

/s/ CRAIG STODDART
   JUSTICE